*REMAND/MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-353-GW(AGRx) | Date | May 7, 2012 |
|---|---|---|---|
| Title | *Gordon M. Greenfield v. Wells Fargo Bank, NA et al* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gordon Greenfield, pro se - by telephone | Yan-Jiun Wu |

**PROCEEDINGS:**   **HEARING RE JURISDICTION**

Court hears argument re jurisdiction.  For reasons stated on the record, this Court does not have subject matter over the instant action and the matter remanded to the San Luis Obispo County Superior Court (108399).

|  | : | 05 |
|---|---|---|
| | Initials of Preparer | JG |